under section 472 of the Code of Criminal Procedure. All concur. (Appeal from an order of Wyoming County Court dismissing a writ of habeas corpus, after a hearing, and remanding relator to the custody of the Warden of Attica Prison.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. NORBERT PAUL EASTMAN, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Wyoming County Court dismissing a writ of habeas corpus and remanding relator to the custody of the Warden of Attica Prison.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK VISCHI, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from a final order of Wyoming County Court dismissing a writ of habeas corpus and remanding relator to the custody of the Warden of Attica Prison.) Present — McCurn, P. J., Kimball, Goldman and Halpern, JJ.

■ FREDERICK J. COOPER et al., Respondents, v. ALEXANDER S. GILMOUR, SR., et al., Appellants.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Genesee Trial Term for plaintiffs in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE D. SHOOK, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Wyoming County Court dismissing a writ of habeas corpus and remanding relator to the custody of the Warden.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

■ CURTIS J. KLAGER et al., Respondents, v. JEFFREY SEXTON, Doing Business as KENMORE HEATING COMPANY, Appellant. CLARA M. PENDY et al., Respondents, v. JEFFREY H. SEXTON, Doing Business as KENMORE HEATING COMPANY, Appellant.— Order affirmed, with costs. All concur. (Appeal from an order of Erie County Court setting aside the verdict of a jury in favor of defendant for no cause of action and granting a new trial in a negligence action.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ C. A. MORGAN et al., as Administrators of the Estate of JOSEPH H. MORGAN, Deceased, Plaintiffs, v. GEORGE F. DONAHUE, Doing Business as BYAM'S GRAVEL BED, et al., Defendants. GEORGE F. DONAHUE, Doing Business as BYAM'S GRAVEL BED, Third-Party Plaintiff-Appellant, v. A. F. T. CONSTRUCTION COMPANY, INC., Third-Party Defendant-Respondent.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from order of Oneida Special Term granting motion by the third-party defendant to dismiss the third-party complaint.) Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.

■ WILLIAM J. FRAZIER, Respondent, v. ORNAMENTAL IRON WORKS COMPANY, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from order of Onondaga Special Term denying defendant's motion to set aside service of summons.) Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.

■ ATHAN NEWMAN, Plaintiff, v. DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Defendant and Third-Party Plaintiff-Appellant. BARRY OIL COMPANY, INC., Third-Party Defendant-Respondent.— Order of Onondaga